UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUREY DAMION HOUSEN,<br><br>       Plaintiff,<br><br>    -v.-<br><br>EXPERIAN INC. and JEFF SHOTTS,<br><br>       Defendants. | 24 Civ. 5719 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On October 31, 2024, the Court held an initial pretrial/pre-motion conference to discuss Defendants' anticipated Motion to Dismiss. The Court set the following deadlines in this case: Plaintiff's Amended Complaint is due on or before **December 2, 2024**; Defendants' Motion to Dismiss is due on or before **January 10, 2025**; Plaintiff's Opposition is due on or before **February 16, 2025**; and Defendants' Reply is due on or before **March 1, 2025**.

  The Court ordered Defendants to obtain and send a copy of the conference transcript to Plaintiff.

  The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the following address: Durey Damion Housen, 365 West 125th Street, Suite 3604, New York, New York 10027.

  SO ORDERED.

Dated: November 4, 2024
     New York, New York

                         KATHERINE POLK FAILLA
                         United States District Judge