RECEIVED
SDNY PRO SE OFFICE
2025 APR -7 PM 3: 16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUREY HOUSEN,
   Plaintiff,

v.

EXPERIAN,
   Defendant.

**MEMO ENDORSED**

Case No. 24 CV 5719
Before the Hon. Gabriel W. Gorenstein

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Durey Housen, appearing pro se, respectfully moves this Court, the Honorable Judge Gabriel W. Gorenstein presiding, under Rule 41(a)(2) of the Federal Rules of Civil Procedure for an order dismissing this action without prejudice, in order to pursue the claims raised herein through binding arbitration.

This motion is made in accordance with the binding arbitration clause found in Experian's Terms of Use, which governs the relationship between the parties and mandates that disputes be resolved through individual arbitration administered by the American Arbitration Association (AAA).

Plaintiff seeks this dismissal in good faith and not for the purpose of delay. No final judgment has been issued, and no prejudice will result to the Defendant, as arbitration remains a valid and available alternative forum under the Federal Arbitration Act, 9 U.S.C. §§ 1–16.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and enter an order dismissing the above-captioned matter without prejudice so that the claims may proceed in arbitration.

Dated: April 7, 2025

Respectfully submitted,

*[signature]*

Durey Housen, Pro Se Plaintiff
365 West 125th Street, Suite 3604
New York, NY 10027

The Court hereby DISMISSES the action without prejudice.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:   April 10, 2025          SO ORDERED.
         New York, New York

                                 *[signature: Katherine Polk Failla]*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE